# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

**JUSTIN JAMES HINZO**,

      Plaintiff,

    v.                              CIV 10-0506 JB/CG

**STATE OF NEW MEXICO**
**DEPARTMENT OF CORRECTIONS, et al.**,

      Defendants.

## ORDER PERMITTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL

THIS MATTER comes before the Court upon attorney Norman Weiss' *Amended Motion for Leave to Withdraw and Substitute Counsel*, (Doc. 64). Mr. Weiss seeks to substitute the law firm of Simone, Roberts & Weiss, P.A. (Norman F. Weiss and Meena H. Allen), for the law firm of Kennedy, Moulton & Wells, P.C. as attorneys of record for Defendants Correctional Medical Services, Inc.; New Mexico Department of Corrections; Warden George Tapia; Joe Williams, Secretary of Corrections; Dr. Patrick, sued as Fnu Arnold; Dr. John Stover sued as Fnu Stover; and Liane Lopez, and to allow Kennedy, Moulton & Wells, P.C. to withdraw from their representation of said Defendants in this case. The Court having considered the Motion and being otherwise advised in the premises, FINDS:

    1)    It has jurisdiction over the parties and the subject matter.

    2)    In accordance with the requirements of D.N.M. LR-Civ. 83.8(a), moving counsel have represented to the Court that they have obtained consent from all affected defendants to the proposed substitution and withdrawal of counsel.

    3)      Plaintiff, Justin Hinzo, and all other counsel of record, concur in said motion.

    4)      Said motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the law firm of Kennedy, Moulton & Wells, P.C. (Deborah D. Wells) is hereby granted leave to withdraw and the law firm of Simone, Roberts & Weiss, P.A. (Norman F. Weiss and Meena H. Allen), is hereby substituted as counsel of record for Defendants Correctional Medical Services, Inc.; New Mexico Department of Corrections; Warden George Tapia; Joe Williams, Secretary of Corrections; Dr. Patrick Arnold; Dr. John Stover; and Liane Lopez.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE

APPROVAL:

Phone: (505) 884-7887

/s/ Norman S. Weiss
Norman F. Weiss, Esq.
Meena H. Allen, Esq.
Simone, Roberts & Weiss, P.A.
11200 Lomas Blvd., N.E. 210
Albuquerque, NM 87112
Phone: (505) 298-9400

  Written Approval by Letter of 2/28/12

*Telephone Approval*
Deborah D. Wells, Esq.
Kennedy, Moulton & Wells, P.C.
2201 San Pedro N.E., Bldg. 2, Suite 105
Albuquerque, NM 87110

Justin James Hinzo, #44490
P.O. Box 1059
Santa Fe, NM 87504-1059

*Telephone Approval*

Edward Shepherd
Allen, Shepherd, Lewis, Syra
&Chapman, P.A.
PO Box 94750
Albuquerque, NM 87199-4750
Phone: 505-341-0110

 *Telephone Approval*
Peter Andrew Robertson
Office of General Counsel
PO Box 27116
Santa Fe, NM 87502-0116