**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

JUSTIN JAMES HINZO,

       Plaintiff,

v.                                     CIV 10-506 JB/CG

STATE OF NEW MEXICO
DEPARTMENT OF CORRECTIONS, et al.,

       Defendants.

## ORDER

     **THIS MATTER** comes before the Court on the *Motion by the Plaintiff Pro Se Response to (NMDOC) Peter Robertson Reply in Support of Defendants NMDOC Martinez Report If Allowed,* (Doc. 125), filed on October 11, 2012.  In his motion, Plaintiff requests an opportunity to respond to Defendant's *Reply in Support of Defendant NMCD's Martinez Report*, (Doc. 121), filed on October 5, 2012.  Plaintiff timely filed a response to Defendant's *Martinez* Report, (Doc. 117), and will have an opportunity to file his objections, if any, to the Magistrate Judge's *Proposed Findings and Recommended Disposition* once it has been filed.

     **IT IS THEREFORE ORDERED** that Plaintiff's motion to submit an additional response is **DENIED**.

 

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE