UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

JUSTIN JAMES HINZO,

    Plaintiff,

v.                                                                                                  CIV 10-506 JB/CG

STATE OF NEW MEXICO
DEPARTMENT OF CORRECTIONS, et al.,

    Defendants.

## ORDER GRANTING EXTENSION OF TIME

**THIS MATTER** comes before the Court on Motion by Plaintiff Pro Se Asking for an Extension of Time to File Objections to the Honorable Magistrate Judge Camern Garz's Proposed Findings and Recommended Disposition for (3) Three Days. (Doc. 137). Plaintiff's request that the Court grant him an extension of time to file objections is **GRANTED**. Objections must be filed by February 28, 2013.

    **IT IS SO ORDERED.**

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE